IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YOULANDA ROCHELLE WRIGHT | § | |
| | § | |
| VS. | § | CIVIL NO.4:13-CV-591-Y |
| | § | (Criminal No.4:11-CR-183-Y(1)) |
| UNITED STATES OF AMERICA | § | |

### FINAL JUDGMENT

In accordance with the Court's Order Denying Motion for Relief Under 28 U.S.C. § 2255 issued this same day, and Federal Rule of Civil Procedure 58, Youlanda Rochelle Wright's motion for relief under 28 U.S.C. § 2255 is DENIED.

SIGNED December 4, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE